# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**CHRISTOPHER MICHAEL HALE,**

    **Plaintiff,**

v.                                                                                            No. 12-cv-0869 JAP/SMV

**LT. J. VIGIL et al.,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee.**

    ___ No filing fee ($350 civil) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1) ___ is not filed  
(2) ___ is missing affidavit  
(3) _X_ is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing  
(4) ___ is missing required financial information  
(5) _X_ is missing an original signature by the prisoner  
(6) ___ is not on proper form (must use current form)  
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application  
(8) ___ An original and a copy have not been received by the Court. Only an original has been received.  
(9) ___ other _____

**III. Complaint, Petition or Application:**

(1) ___ is missing

(2) \_\_ is not on proper form (must use our form Rev. 5/96)
(3) \_\_ is missing an original signature by the prisoner
(4) \_\_ is missing page nos. \_\_
(5) \_\_ uses et al. instead of listing all defendants/respondents
(6) \_\_ An original and a copy have not been received by the Court.  Only an original has been received.
(7) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8) \_\_ names in caption do not match names in text
(9) \_\_ other _____

Papers filed in response to this order must include the civil action number (CV 12-869 JP/SMV) of this case.  Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, Financial Certificate, and a form § 1983 complaint with instructions.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**